**Juan C. Chavez**, OSB #136428
**Amanda Lamb**, OSB #222284
Oregon Justice Resource Center
PO Box 5248
Pendleton, OR 97208
Telephone: 503-944-2270
Facsimile: 971-328-3982

**Attorneys for Plaintiff**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PENDLETON DIVISION

| | |
|---|---|
| ANSON ALFONSO,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF PENDLETON, OFFICER NATHAN BESSETTE and OFFICER CHRISTOPHER FREEMAN,<br><br>Defendants. | Case No. 2:23-cv-00862-HL<br><br>UNOPPOSED MOTION FOR EXTENSION OF TIME |

### LR 7-1 CERTIFICATION

Pursuant to Local Rule 7-1, Juan C. Chavez, counsel for Plaintiff Anson Alfonso, hereby certifies that he conferred with Dave Lewis, Counsel for the Defendants, on August 19, 2024. Defendants do not oppose this motion.

### RELIEF REQUESTED

The Parties request that all current case deadlines be extended by approximately 60 days.

### ARGUMENT AND AUTHORITY

Case schedules can be modified and extended based upon a showing of "good cause."

Fed. R. Civ. P. 16(b)(4). Here, there is good cause for an extension of case deadlines. Due to Counsel for Plaintiff's medical leave and limited witness availability, depositions of Defendants will not be able to occur until after the current close of discovery date. This extension will allow parties to complete depositions and exchange any outstanding discovery. This motion is not made for purposes of delay.

Based on the foregoing, and given the Parties' and counsels' schedules, the Parties agree to the following proposed case management schedule:

| Stage | Current deadline | Proposed deadline |
|---|---|---|
| Close of discovery | 9/20/24 | 11/19/24 |
| Joint ADR and Plaintiff's expert disclosures due | 10/21/24 if no dispositive motions filed or 30 days after rulings on dispositive motions | 12/20/24 if no dispositive motions filed or 30 days after rulings on dispositive motions |
| Consent to magistrate judge | 10/21/24 | 12/20/24 |
| Dispositive motions due | 10/21/24 | 12/20/24 |
| Defense expert disclosures | 11/4/24 | 1/6/25 if no dispositive motions filed |
| Expert rebuttal reports due | 11/18/24 | 1/21/25 if no dispositive motions filed |
| Close of expert discovery | 1/13/25 | 3/14/25 if no dispositive motions filed |

## CONCLUSION

Based on the foregoing, Plaintiff requests that this joint motion be granted, and that the response deadlines be set.

DATED: August 22, 2024.

/s/Juan C. Chavez
Juan C. Chavez, OSB No. 136428
Oregon Justice Resource Center
PO Box 5248
Portland, OR 97208
Of Attorneys for Plaintiff